Gregory G. Paul, SBN 233060
Paul Law Offices
540 Pacific Avenue
San Francisco, CA 94133
(415) 326-8300
(888) 822-9421 (facsimile)
gregpaul@paullaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMEER ALGHUSAIN,<br><br>Plaintiff,<br><br>vs.<br><br>BALFOUR BEATTY INFRASTRUCTURE, INC. & UNITED CONSTRUCTION MANAGEMENT, INC., PETER WEBB, WAYNE RICHARDSON, and SCOTT RICHARDS,<br><br>Defendants. | Case No. 3:24-cv-1863-LJC<br><br>[PROPOSED] ORDER AS MODIFIED RE: PLAINTIFF'S MOTION TO EXTEND THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PURSUANT TO L.R. 6.3<br><br>Hon. Judge Lisa J. Cisneros<br><br>Complaint Filed: March 26, 2024 |

**[PROPOSED] ORDER**

And now this 20th day of June, 2024, IT IS ORDERED that Plaintiff's Motion to Extend the Initial Case Management Conference and related deadlines is GRANTED.  The Initial Case Management Conference is hereby continued to August 8, 2024, at 1:30 p.m., via Zoom videoconference.  The Case Management Statement is due August 1, 2024.

_____
United States Magistrate Judge Lisa J. Cisneros

1