UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALTRAIN, et al.,<br><br>    Defendants. | Case No. 24-cv-07133-TLT<br>*SEALED*<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline S. Corley for consideration of whether the case is related to *3:24-cv-01863-JSC*.

**IT IS SO ORDERED.**

Dated: October 21, 2024

_____
TRINA L. THOMPSON
United States District Judge