1

2

3

4                        UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    AMEER GHUSAIN,                              Case No.  24-cv-01863-JSC

8                    Plaintiff,
                                                 **TEMPORARY RESTRAINING ORDER**
9           v.
                                                 Re: Dkt. No. 95
10   PETER WEBB, et al.,

11                   Defendants.

12

13          Pending before the Court is US Rail Systems, Inc.'s ("USRS's") motion for a temporary

14   restraining order and order to show cause why a preliminary injunction should not issue.  (Dkt.

15   No. 95.)  For the reasons stated in the Court's November 5, 2025 hearing, the Court GRANTS

16   USRS's motion for a temporary restraining order.  USRS has shown (1) it is likely to succeed on

17   the merits of its intentional interference with contractual relations claim, (2) it is likely to suffer

18   irreparable harm absent preliminary relief, (3) the balance of equities tips in its favor, and (4) an

19   injunction is in the public interest.  *See Winter v. Natural Resources Defense Council, Inc.*, 555

20   U.S. 7, 20 (2008).

21          Pending a hearing on USRS's application for a preliminary injunction, Ameer Alghusain is

22   ORDERED not to contact USRS's employees, contractors and clients asserting USRS stole or is

23   improperly using his or his company's intellectual property including the US Rail or US Rail

24   Systems.  This order shall remain in effect until the hearing on USRS's motion for preliminary

25   injunction.

26          The parties shall meet and confer as to whether USRS is proceeding with its motion to

27   amend to file counterclaims in this action, or will file a separate action which can then be related

28   to this action.  The parties shall also submit a joint stipulation with a briefing and hearing schedule

United States District Court
Northern District of California

for USRS's motion for a preliminary injunction.  If USRS elects to file a new action, then the motion for preliminary injunction shall be heard in that action. The parties shall file the requested stipulation by November 10, 2025.

This Order disposes of Docket No. 95.

**IT IS SO ORDERED.**

Dated: November 5, 2025

JACQUELINE SCOTT CORLEY
United States District Judge