UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEER AL GHUSAIN,<br><br>        Plaintiff,<br><br>    v.<br><br>CALTRAIN, et al.,<br><br>        Defendants. | Case No. 25-cv-09670-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline S. Corley for consideration of whether the case is related to *Ghusain v. Webb*, 24-cv-01863-JSC.

**IT IS SO ORDERED.**

Dated: November 17, 2025

THOMAS S. HIXSON
United States Magistrate Judge