UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMEER GHUSAIN,
Plaintiff,
v.
PETER WEBB, et al.,
Defendants.

Case No. 3:24-cv-01863-JSC

**ORDER TO SHOW PROOF OF SERVICE ON WAYNE RICHARDSON**

Pending before the Court is the motion of Seto Wood & Schweickert to withdraw as counsel of record for Defendant Wayne Richardson. (Dkt. No. 131.)[1] Under Local Civil Rule 11-5(a), "[c]ounsel may not withdraw from an action until relieved by order of the Court after written notice has been provided, reasonably in advance, to the client and to all other parties who have appeared in the case." N.D. CAL. CIV. L.R. 11-5(a). While Seto Wood & Schweickert notified Mr. Richardson that it "*would* file a motion," (Dkt. No. 131 ¶ 4 (emphasis added)), there is no evidence in the record Mr. Richardson received notice *after* the motion was filed.

Accordingly, Seto Wood & Schweickert shall provide proof of service to Mr. Richardson by **October 26, 2026**, notifying him of the pending motion. Mr. Richardson shall then have 14 days from receipt of service to respond to the motion. At that point, the Court will take the matter under submission and VACATES the October 29, 2026 hearing.

**IT IS SO ORDERED.**

Dated: October 22, 2026

Jacqueline Scott Corley
JACQUELINE SCOTT CORLEY
United States District Judge

[1] Record citations are to material in the Electronic Case File ("ECF") unless otherwise noted; pinpoint citations are to the ECF-generated page numbers at the top of the documents.

United States District Court
Northern District of California